**99–1240. Ameritech Ohio v. Pub. Util. Comm.**

Public Utilities Commission, No. 97–1723–TP–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

IT IS ORDERED by the court, *sua sponte*, that the parties are to file notice in this court upon

resolution of case No. C2–99–552 pending in the United States District Court for the Southern District of Ohio, Eastern Division.